DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 150P16 | Jason Lee Mutter v. Michael Ball, Superintendent of Avery Mitchell Correctional Institution | 1. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-519) | 1. Denied **04/25/2016** |
| | | 2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **04/25/2016** |
| | | 3. Petitioner's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot **04/25/2016** |
| | | | **Ervin, J., recused** |
| 151P14-3 | Kimberly Shreve v. North Carolina Department of Justice, Kristen Fetter, Colon Willoughby, and Tina Hoagland Byrd | 1. Plt's *Pro Se* Motion for Leave to File Amended Complaint | 1. Dismissed |
| | | 2. Plt's *Pro Se* Motion for Review and Appeal | 2. Dismissed |
| | | 3. Plt's *Pro Se* Motion for Leave to File Amended Complaint | 3. Dismissed |
| 151P16 | State v. James L. Johnson | 1. State's Motion for Temporary Stay (COA15-793) | 1. Allowed **04/22/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 152P16 | Catawba County, by and through its Child Support Agency, ex rel., Shawna Rackley v. Jason Loggins | 1. Plt Catawba County's Motion for Temporary Stay (COA15-711) | 1. Allowed **04/25/2016** |
| | | 2. Plt Catawba County's Petition for *Writ of Supersedeas* | 2. |
| 153P16 | State v. Nashid Porter | 1. Def's *Pro Se* Motion for Notice of Appeal | 1. Dismissed **05/23/2016** |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, New Hanover County | 2. Dismissed as moot **05/23/2016** |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot **05/23/2016** |
| 153P16-2 | State v. Nashid Porter | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, New Hanover County | Denied **06/07/2016** |
| 157P16 | State v. Danielle Star Reynolds | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Onslow County | Dismissed **05/19/2016** |